UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYNOLDO BANKS, )
)
Plaintiff, )
)
v. ) Civil Action No. 12 0161
)
FOOD AND DRUG ADMINISTRATION, )
)
Defendant. )

## MEMORANDUM OPINION

The plaintiff identifies the defendant as "FEDERAL DRUGE AMINSTRIONS," which presumably is a reference to the Food and Drug Administration. The court notes that plaintiff filed an identical complaint against this same defendant, and the complaint was dismissed without prejudice for its failure to comply with the basic notice pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure. *See Banks v. Food & Drug Admin.*, No. 12-0065 (D.D.C. Jan. 17, 2012). The instant complaint is a repetitive lawsuit, and the court will dismiss it under 29 U.S.C. § 1915(e)(2) as frivolous and malicious.

An Order consistent with this Memorandum Opinion is issued separately.

_____
United States District Judge
J. Boasberg

DATE: 1-27-12

N                                                          3